NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

IN RE KEVIN P. MCCABE, FRANK F. MOLOCK,
GREGORY A. HILL, AZAAM ALLI, ROBERT B.
STEFFEN, DOUGLAS G. VANDERLAAN, AND
JAMES D. FORD

---

2012-1509
(Serial No. 12/197,622)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of Appellants' unopposed motion
to withdraw the appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

AUG 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Raymond T. Chen, Esq.
Joseph Lucci, Esq.

s25

Issued As A Mandate: AUG 0 2 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2012

JAN HORBALY
CLERK